IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

USDC - GREENBELT
'26 NOV 20 PM4:36

Kenya Louise Mattox )
KENYA LOUISE MATTOX )
Brenda Louise Mattox )
BRENDA LOUISE MATTOX ) Complaint for a Civil Case
plaintiffs ) Case No:
v. )
)
Marco Rubio in official )
and personal capacities Jury Trial: ☐ Yes ☑ No
Scott Bessent in official )
and personal capacities )
"See attached Defendants" )

I The Parties to This Complaint

Plaintiff no. 1

Kenya L Mattox personal capacity
12005 Traditions Blvd #141
Bowie Maryland 20720

202 509 1119
kenya.mattox@gmail.com

Plaintiff no. 2

Brenda L. Mattox personal capacity
12005 Traditions Blvd #141
Bowie Maryland 20720

202. 509-1119
kenya.mattox@gmail.com (D.P.O.A.)

Plaintiff no 3

KENYA LOUISE MATTOX corporate entity
CQV Trust - US vessel
10530 Campus Way South #1249
Largo, Maryland 20774
for service - use 12005 Traditions Blvd #141, Bowie Maryland (20720)

Plaintiff no 4.

BRENDA LOUISE MATTOX corporate entity
CQV Trust - Estate - U.S. Vessel
10530 Campus Way South #1249
Largo Maryland 20774
for service use 12005 Traditions Blvd #141 Bowie, Maryland (20720)

B. Defendants

Defendendant No. 1
in. official capacity and personal capacity
MarcoRubio
Secretary of State
U.S. Department of State
2201 C Street NW
Washington, D.C. 20520

Defendant No 2
in official capacity and personal capacity
SCOTT BESSENT
Secretary of the Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

Defendant No 3
in official capacity and personal capacity
Secretary of Defense
U.S. Department of Defense
1000 Defense Pentagon
Washington, D.C. 20301

Defendant #4 official capacity + personal capacity
TODD BLANCHE
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

Defendant No. 5
in official capacity + personal capacity
DOUG BURGUM
Secretary of the INTERIOR
U.S. Department of the Interior
1849 C St., NW
Washington D.C. 20240

Defendant No. 6
in official capacity + personal capacity
BROOKE ROLLINS
Secretary of Agriculture
U.S. Department of Agriculture
1400 Independence Avenue, SW
Washington DC 20250

Defendant No. ~~6~~ 7
in official capacity + personal capacity
HOWARD LUTNICK
Secretary of Commerce
1401 Constitution Avenue, NW
Washington, D.C. 20230

Defendant No. 8
in official capacity & personal capacity
KEITH SONDERLING
Secretary of Labor
200 Constitution Avenue, NW
Washington, D.C. 20210

Defendant No. 9
in official capacity & personal capacity
ROBERT F. KENNEDY JR
Secretary of Health and Human Services
U.S. Department of Health and Human Services
200 Independence Avenue, NW
Washington, D.C. 20201

Defendant No. 10
in official capacity & personal capacity
SCOTT TURNER
Secretary of Housing and Urban Development
U.S. Department of Housing and Urban Development
451 7th Street SW (southwest)
Washington, D.C. 20410

Defendant No. 11
in official and personal capacity
SEAN DUFFY
Secretary of Transportation
U.S. Department of Transportation
1200 New Jersey Avenue, SE
Washington, D.C. 20590

Defendant No. 12
in official and personal capacity
CHRIS WRIGHT
Secretary of Energy
U.S. Department of Energy
1000 Independence Avenue, SW
Washington, D.C. 20585

Defendant No. 13 in official and personal capacity
DOUG COLLINS
Secretary of Veterans Affairs
810 Vermont Avenue, NW
Washington, D.C. 20420

Defendant No. 14
in official and personal capacity

MARKWAYNE MULLIN
Secretary of Homeland Security
U.S. Department of Homeland Security
2707 Martin Luther King Jr. Avenue, SE
Washington, D.C. 20528-0525

Defendant No. 15
in official and personal capacity
LINDA MCMAHON
Secretary of Education
U.S. Department of Education
400 Maryland Avenue, SW
Washington, DC. 20202

Defendant No. 16
in official and personal capacity
KASH PATEL
Director of the Federal Bureau of Investigation
935 Pennsylvania Avenue NW
Washington, D.C. 20535

## II Basis for Jurisdiction

Federal question - Under 28 U.S.C §1331 a case arising under the United States Constitution, federal laws and treaty

Diversity of citizenship - under 28 U.S.C. §1332 a case in which a citizen of one state sues a citizen of another State or nation and the amount is more than $75,000 is a diversity of citizenship case.

A. Article 4, Section 4, ratified June 21, 1788
First Amendment, ratified December 15, 1791
5 U.S.C. § 1983
18 U.S.C. § 241-242
42 U.S.C. § 1983(3) and 1985(2)
42 USC §§ 2000bb - 2000 bb-4
Third Amendment, ratified December, 15, 1791
10 U.S.C § 252
18 U.S.C § 1385
Fourth Amendment, ratified December 15 1791
Fifth Amendment
Sixth Amendment
Eighth Amendment
Ninth Amendment
Tenth Amendment

B Citizenship Basis for Jurisdiction
(1.) Plaintiff #1 - individual
The plaintiff (name) Kenya Louise Mattox, is a citizen of the State of Maryland.
(2) Plaintiff #2 - corporation
The plaintiff is a KENYA LOUISE MATTOX, is incorporated under the laws of State of New Jersey and has its principal place of business in the State of Maryland.

(3) The plaintiff #3 (is an individual), Brenda Louise Mattox, is a citizen of the State of Maryland

(4) The plaintiff #4 (is a Corporation) BRENDA LOUISE MATTOX, is incorporated under the Laws of the State of Tennessee and has its principal place of business in the State of Maryland

2. The Defendant(s)

a. If the defendant is an individual + Corporate

| | associated State | |
|---|---|---|
| Marco Rubio, | Florida | / offical (corp) capacity, Wash. DC |
| Scott Bessent, | South Carolina | / official (corp) capacity, Wash. DC |
| Pete Hegseth | Minnesota | / official (corp) capacity Wash, DC |
| Todd Blanche | Colorado | / official (corp) capacity, Washing, DC |
| ~~Interior~~ Sm | ~~Doug Burgum~~ Sm | |
| Doug Burgum | North Dakota | , official corp capacity, Wash (D.C.) |
| Brooke Rollins | Texas | , official corp capacity, Washington. D.C. |
| Howard Lutnick | New York | , official corp capacity, Wash. D.C. |
| Keith Sonderling | Florida | official corp capacity, Wash, DC |
| Robert F. Kennedy ~~Sonderling~~ Jr. | New York | / official capacity, Wash, D.C. |
| Scott Turner | Texas | / offical corp capacity, Wash, D.C. |
| Sean Duffy | Wisconsin | / official corp capacity, Wash, D.C. |
| Chris Wright | Colorado | / official corp capacity, Wash DC |
| Linda McMahon | Connecticut | / official (corp) capacity, Wash, D.C |
| Doug Collins | Georgia | / Official (corp) capacity, Wash, D.C. |
| Markwayne Mullins | Oklahoma | / Official (corp) capacity, Wash. D.C. |

3. Amount in controverety

| | |
|---|---|
| Kenya Louise Mattox | 2.18 million troy ounces of Silver |
| Brenda Louise Mattox | 2.18 million troy ounces of silver |
| KENYA LOUISE MATTOX | 100 million U.S. Lawful dollars |
| BRENDA LOUISE MATTOX | 100 million U.S. lawful dollars |

not counting interest and court cost b/c movant wants those cost to be offset againt the court bond or B.C. Bond to the U.S. Treasury.

$ specific performance [illegible]

Defendents in personal capacity ~~2.18X15~~ ~~[illegible] to be offset on Treasury [illegible]~~

Marco Rubio
Scott Bessent
Pete Hegseth
Todd Blanche
Doug Burgum
Brooke Rollins
Howard Lutnick
Keith Sonderling
Robert F. Kennedy Jr.
Scott Turner

Defendants in Official (Corporate) Capacity

MARCO RUBIO
SCOT BESSENT
PETE HEGSETH

TODD BLANCHE
DOUG BURGUM
BROOK ROLLINGS
HOWARD LUTNICK
KEITH SONDERLING
ROBERT F. KENNEDY
SCOTT TURNER

All claims divided by each office not counting interest and costs of court, because they may be offset by the B.C. Bonds of the Plaintiffs or Court bonds from the plaintiffs

## III Statement of Claim

Relief sought is to stop, cease and desist administration of claims and actions against the estates of the movants.

The writer, her mother, and those in their (our) sphere of influence (kin, support animal, friends coworkers clients, have been subjected to organized advesarial activities that violate human rights, right to property, right to privacy + Due Process. This writer and her mother and household pet have been subjected to activities that damage our health and cause pain.

The documented schemes include activities

to discredit the citizens/Nationals and block them from competent healthcare, access to legal representation, and being able to provide for, oneself.

The writer demands cessation of all activities that cause dizzy spells, moving and theft of personal items, shifting of funds from public bank accounts, outstand housekeys, etc. Although there are several programs that are funded by congress, the expectation is that each officeholder faithfully carryout the function of their office, including communicating that directives are unconstitutional or in violation of anyone's human rights.

It is the ~~movants~~ movants' desire that each named defendant document and ~~list~~ list each program and or policy or practice that is inviolation of the U.S. Constitution. The third amendment bonds the United States of America to the International Conventions, i.e. the Hague Agreements/Conventions which protect human rights This important because the judicial branch of government will not directly adjudicate these international agreements, therefore it is inparative that

competent, functional living people honor their respective offices and adhere to internation, domestic and constitutional law, as fiduciaries + public servants of the executive branch of the United States of America body politic.

Neglect of duty to honor the constitution results in violation of these movants human rights/ civil rights/ constitutionally protected rights, as well a unjust enrichment from using the estates to profit off of them unjustly.

The movant is identifying a pattern of abuse and neglect of the movants in their individual capacity and a pattern of neglecting to uphold the constitution, as it relates to the U.S. citizenship + U.S. Vessel (corporate debtor entity).

IV Relief

Damages claimed would be against the office and in equity. The damages cannot be determined without the information/accounting. The priority is to live without the harmful scheme being perpetrated against the movants or our property.

The injuctive relief requested is to immediately cease and desist (through modification of contracts) any and all technology and activities that are directed towards our persons.

The continued use of these technologies and schemes and harmful actiries make it difficult to make proper claim to our estates. These claim include, but is not limited to claim of our right to be left alone, claim to abandoned securities, claim to personal estates, claim to ancestral estates, claim to real estate, personal propert, intellectual property. It also impacts one ability to express and manage trusts for our behalf, as a household, as for our community of people, natural and indigenous to this land and for other Americans who rightfully are inhabited on the land and in the jurisdiction of the "States" and the "United States" of America.

There are several false claims that the movants are not capable of managing their own estates, but these false allegations do not accompany the truth as it relates to the executive, appointed public officers administering and failing to administer programs that faithfully

assure that a functional, right government is in place to serve and protect the function of the States.

Because of the impact on our physical and emotional health monetary damages at a later time would not adequately compensate the movants for the injuries sustained. Below are other injuries that are not fully compesated by compensation:

harm to reputation
loss of time and personal energy
trespass of human rights
trespass on civil rights
trespass on treaty protected right.
trespass on right to make claims
trespass on right to facilitate & communicate with the State|County and United States government
trespass on the right to claim the CQV Trust Estate in the name of the registrant.

Below a list of actions desired

Marco Rubio-

-honor the Doctrine of Discovery and strive to update the passport process whereby options to acquire a passport does not include making false pledges

-request meetings to ~~(accurately)~~ meet and coordinate the proper documentation and administration of Indigenous estates with the Office of Consular Affairs

-Document ~~all~~ policies + programs that are out of line with the constitution of the U.S. of A.

-Scott Bessent-document and publish all policies that are repugnant to the U.S. Constitution. Recommend overarching policies to correct such. As it relates to the movants, act immediately to allow immediate restoration of rights and property

-Facilitate the discharge of all personal debts, acknowledge as void any said Power of Attorney that does not have title of "Power of Attorney" doc, 2 witnesses + 1 Notary on it.

Howard Lutnick- modify all contracts + offer appropriate remediation to all agents foreign and domestic that impact human right, (research, etc). Work to remove the lien on all arms and legs of Americans

Each defendant has the responsibility to ask for support and guidance on how to perform their individual role, in their public capacity.

Exective officers who receive funding for programs that are opposed to the constitution of the U.S. have the responsibility to go on record, in writing to Congress and to the President to document their analysis and finding. Failure to document and pursue right action is a breach ~~off~~ of office and fiduciary responsibility.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harmass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentual support or, if specifically so iden-

tified, will likely have evidentiary support after a reasonable opportunity for reasonable investigation or discovery, and (4) the complaint otherwise complies with the requirements of Rule 11

A. As a party without an Attorney
I agree to provide the clerks office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the clerks office may result in the dismissal of my case.

Date of signing: 18th of November 2026

Signature of Plaintiff Kenya Mattox, all rights reserved
Name of Plaintiff: mattox, kenya louise dba Kenya Louise Mattox

See additional certifications

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. As a party without an attorney

I agree to provide the clerks office with any changes to my address where the case related papers may be served. I understand that my failure to keep a current address on file with the clerks office may result in the dismissal of my case.

Date of signing: 18 November, 2026

Signature of Plaintiff [signature: Kenya L Mattox] authorized rep for corp.

KENYA LOUISE MATTOX

V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, informations and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. A party without an attorney

I agree to provide the Clerk's Office with any changes to my address where chase related papers may be served. I understand that my failure to keep a Current address on file with the clerk's Office may result in the dissmissal of my case

Date of signing: 20th of November 2026

Kenya Louise Mattox signature

Kenya Louise Mattox Printed Name

V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support for, if specifically so identified, will likely have evidentiary support for a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. A party without an Attorney

I agree to provide the clerks office with any changes to my address where case related papers may be served. I understand that my failure to keep a current address on file with the clerk may result in the dismissal of my case

Date of signing: 18th of November 2026

Kenya Mattox DPoA for Brenda L Mattox    Mattox, brenda louise dba Brenda L Mattox

V. Certification and Closing

Under Federal Rule of Civil Proceedure 11, by my signing below, I certify to the best of my knowledge, information and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law; (3) the factual contentions have evidentiary support or if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. As a party without an Attorney

I agree to provide to the clerks Office with any changes to my address where case related papers may be served. I Understand that my failure to keep a current address of file with the clerks Office may result in the dismissal of my case.

Date of signing: 18 November 2026

Signature of Plaintiff [signature] Mattox DPoA for Brenda [signature] Mattox, ARR,

authorized representative for BRENDA LOUISE MATTOX (CQV Trust Estate, corp)
U.S Vessel